# MARTIN CLEARWATER & BELL LLP

COUNSELORS AT LAW

220 EAST 42ND STREET, NEW YORK, NY 10017
TELEPHONE (212) 697-3122 FACSIMILE (212) 949-7054
www.mcblaw.com

**ADAM G. GUTTELL**
**PARTNER**

DIRECT DIAL: (212) 916-0938
E-MAIL: adam.guttell@mcblaw.com

October 29, 2015

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 219
New York, NY 10007

    Re:    **Jacqueline Cepeda v. The Levo League Corporation, et al.**
              Case No.: 14-CV-2619

Dear Magistrate Judge Netburn:

    We represent Defendants, The Levo League ("the Company"), Nicholas Flanders ("Flanders"), and Caroline Ghosn ("Ghosn") (collectively referred to as "Defendants") in the above-reference matter.

    Attached is the fully executed Settlement Agreement for the Court's review and approval.

                        Respectfully submitted,

                        MARTIN CLEARWATER & BELL LLP

                        /s/

                        Adam G. Guttell

Attachment

cc:    Laurie Morrison, Esq. (via ECF)

2630843_1