USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2015

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**JACQUELINE CEPEDA,**

**Plaintiff,**

**-against-**

**THE LEVO LEAGUE, et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**14-CV-02619 (SN)**

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

In this Fair Labor Standards Act case, the parties appeared before me at a judicially-supervised settlement conference where they reached a resolution of these claims. Thereafter, the parties appeared at a fairness hearing on September 29, 2015, in order to present the terms of their settlement agreement. Subsequently, counsel for the parties submitted the finalized and signed proposed settlement agreement on October 29, 2015. ECF 26. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is approved and this action is dismissed with prejudice.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: New York, New York
November 5, 2015